UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

APR19'10 ᵖᵐ 1:32 USB

|  |  |
|---|---|
| IN RE:  JONATHAN BARRY ) | CHAPTER 7 |
| Debtor ) | Case No.:  10-11303 |

## NOTICE OF APPEARANCE AND REQUEST FOR
## ORDERS, NOTICES, AND OTHER PAPERS

Pursuant to Bankruptcy Rule 9010, please enter my appearance as counsel for Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of November 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-WM3 Mortgage Pass-Through Certificates Series 2006-WM3 ("Deutsche Bank"), a creditor and party in interest in the above-captioned Bankruptcy.

I hereby request, pursuant to Bankruptcy Rule 2002, that I receive copies of notices, papers and orders required to be given or served in accordance with the Bankruptcy Rules.

I also request that I be served with copies of pleadings, notices, applications, motions, petitions, requests, complaints or demands, whether transmitted by mail, telephone, telegram, telex or otherwise, which affect the debtor or the property of the debtor, filed by any party in the above-captioned matter.

Respectfully submitted,
DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE UNDER POOLING AND SERVICING
AGREEMENT DATED AS OF NOVEMBER 1, 2006
SECURITIZED ASSET BACKED RECEIVABLES LLC
TRUST 2006-WM3 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-WM3
By its attorneys,

/s/ Kevin P. Geaney
Kevin P. Geaney, BBO No 537750
Connolly Law Offices, LLP
545 Salem Street
Wakefield, MA  01880
kgeaney@wakefieldlaw.com
(781) 557-2000

Dated: April 15, 2010